IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,<br>    *Plaintiffs*,<br><br>vs.<br><br>MARVIN RICHARDSON, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,<br>    *Defendant*. | § § § § § § § § § § § § § | Civil Action No. 4:22-cv-00143 |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2 (e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Ken Paxton, in his official capacity as Attorney General of Texas, David Schnitz, Tracy Martin, and Floice Allen provide the following information:

For a nongovernmental corporate party, the name(s) if its parent corporation and any publicly held corporation that owns 10% or more of its stock: None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: None.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | */s/ Tony K. McDonald*<br>TONY K. McDONALD<br>State Bar No. 24083477 |
| BRENT WEBSTER<br>First Assistant Attorney General | Southern District No. 3258641 |
| | THE LAW OFFICES OF TONY MCDONALD |
| RALPH MOLINA<br>Special Counsel to the First Assistant<br>Texas Bar No. 24116780 | 1501 Leander Dr., Suite B2<br>Leander, Texas 78641<br>(512) 200-3608 • fax (815) 550-1292<br>tony@tonymcdonald.com |
| */s/ Charles K. Eldred*<br>CHARLES K. ELDRED<br>Special Litigation Counsel<br>Texas Bar No. 00793681<br>Southern District No. 20772 | ***Attorney for David Schnitz,<br>Tracy Martin, and Floice Allen*** |

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 936-1706 • fax (512) 320-0167
charles.eldred@oag.texas.gov

***Attorneys for Ken Paxton,
Attorney General of Texas***