UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEN PAXTON,** in his official capacity as Attorney General of Texas, **DAVID SCHNITZT,** **TRACY MARTIN,** and **FLOICE ALLEN,** *Plaintiffs,* v. **MARVIN RICHARDSON,** in his official capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, *Defendant.* | § § § § § § § § § § § § § | 4:22-cv-00143-P |

## NOTICE OF ATTORNEY APPEARANCE OF WARREN V. NORRED

**TO THE HONORABLE COURT**, the undersigned, an attorney admitted to practice before this Court, hereby gives notice of appearance as additional local counsel for Plaintiffs Schnitz, Martin, and Allen in the instant case, in satisfaction of L.R. 83.10, and the Court's Order entered March 1, 2022 (ECF No. 7).

Respectfully submitted,

/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094; warren@norredlaw.com
Norred Law, PLLC; 515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
*Attorney for Plaintiffs Schnitz, Martin, and Allen*

CERTIFICATE OF SERVICE - I certify that the above was served on all parties seeking service via the Court's e-file system on March 15, 2022.

/s/Warren V. Norred