IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,<br>       *Plaintiffs,*<br><br>vs.<br><br>MARVIN RICHARDSON, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,<br>       *Defendant.* | Civil Action No. 4:22-cv-00143-P |

## NOTICE OF APPEARANCE

Emily B. Nestler, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for the Defendant in the above-captioned matter.

DATED: April 21, 2022                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General
                                         Civil Division

                                         LESLEY FARBY
                                         Assistant Branch Director

                                         */s/ Emily B. Nestler*
                                         EMILY B. NESTLER ((D.C. Bar # 973886)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, D.C. 20005
                                         Tel: (202) 616-0167
                                         Email: emily.b.nestler@usdoj.gov

                                         *Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

On April 21, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>*/s/ Emily B. Nestler*
>EMILY B. NESTLER
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Washington, D.C. 20005
>Tel: (202) 305-0167
>Email: emily.b.nestler@usdoj.gov