# THE LAW OFFICES OF TONY MCDONALD

1501 Leander Dr., Suite B-2
Leander, TX 78746

Tony McDonald
Principal

Office: (512) 200-3608
Mobile: (512) 923-6893
Email: tony@tonymcdonald.com

February 23, 2022

The Hon. Ken Paxton
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711

Dear Attorney General Paxton,

I represent three Texans, David Schnitz of Jim Wells County, Tracy Martin of Rockwall County, and Floice Allen of Tarrant County, each of whom intend manufacture a firearm suppressor to which section Tex. Gov't Code § 2.052 applies.

The purpose of this letter is to notify you of this fact on behalf of Mr. Schnitz, Mr. Martin, and Mr. Allen pursuant to Tex. Gov't Code § 2.054 and to request that you seek a declaratory judgment from a federal district court in this state that Section 2.052 is consistent with the United States Constitution.

Mr. Schnitz, Mr. Martin, and Mr. Allen each intend to personally manufacture a firearm suppressor for their own personal use. The firearm suppressors will be manufactured in their homes from basic materials without the inclusion of any part imported from another state other than a generic and insignificant part, such as a spring, screw, nut, or pin.

Mr. Schnitz, Mr. Martin, and Mr. Allen intend to own the firearm suppressors in perpetuity, to never transport them outside the boundaries of the State of Texas, and to never transfer them to another person. They intend to use the firearm suppressors with a personal firearm, exclusively for the purpose of home defense.

Use of a firearm suppressor with a personal firearm for home defense will empower Mr. Schnitz, Mr. Martin, and Mr. Allen to better defend their homes in the event of a home invasion. Use of a firearm suppressor will allow them to diminish the need to obtain and use hearing protection during a home invasion. Use of a firearm suppressor in lieu of use of hearing protection will allow Mr. Schnitz, Mr. Martin, and Mr. Allen the ability to react more quickly, to fully use their sense

of hearing to evaluate the danger, and to make proper decisions about their actions, including when to initiate and cease the use of lethal force.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have further questions or require further assistance.

Yours truly,

*Tony McDonald*

Tony McDonald