UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,**<br>    *Plaintiffs,*<br><br>vs.<br><br>**GARY M. RESTAINO, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,**<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-00143-P |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs Ken Paxton, in his official capacity as Attorney General of Texas, David Schnitz, Tracy Martin, and Floice Allen file this Response to Defendant's Motion to Dismiss.

As set forth more fully in the brief filed in support of this response, Defendant's motion to dismiss should be denied because (I)(A) under the current pleadings, the Court has jurisdiction over all three Counts under the *Enochs* exception; (I)(B) BATFE's AIA defense does not apply to Count I or Count III because those counts do not challenge the assessment or collection of taxes; and (II) Texas has standing, but the Court need not decide that issue because the other Plaintiffs have standing.

For the reasons discussed here and in Plaintiffs' brief in support, the Court should deny Defendant's Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | */s/ Tony K. McDonald*<br>TONY K. MCDONALD<br>State Bar No. 24083477 |
| BRENT WEBSTER<br>First Assistant Attorney General | GARRETT MCMILLAN<br>State Bar No. 24116747 |
| RALPH MOLINA<br>Special Counsel to the First Assistant<br>Texas Bar No. 24116780 | THE LAW OFFICES OF TONY MCDONALD<br>1501 Leander Dr., Suite B2<br>Leander, Texas 78641<br>(512) 200-3608 • fax (815) 550-1292 |
| */s/ Charles K. Eldred*<br>CHARLES K. ELDRED<br>Special Litigation Counsel<br>Texas Bar No. 00793681 | tony@tonymcdonald.com |
| | WARREN V. NORRED<br>State Bar No. 24045094 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Administrative Law Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1706 • fax (512) 320-0167<br>charles.eldred@oag.texas.gov | NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010<br>(817) 704-3984 • fax (817) 524-6686<br>warren@norredlaw.com |
| ***Attorneys for Ken Paxton,***<br>***Attorney General of Texas*** | ***Attorneys for David Schnitz,***<br>***Tracy Martin, and Floice Allen*** |

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 17, 2022.

Emily B. Nestler
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
emily.b.nestler@usdoj.gov

Attorney for Defendants

/s/ Charles K. Eldred   /s/ Tony K. McDonald
Charles K. Eldred      Tony K. McDonald