IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,** <br> *Plaintiffs,* <br><br> vs. <br><br> **GARY M. RESTAINO, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,** <br> *Defendant.* | Civil Action No. 4:22-cv-00143-P |

### [PROPOSED] ORDER

In accordance with the Parties' Joint Status Report and Motion to Extend Deadline for Response to First Amended Complaint:

1. Defendant's motion to dismiss the initial complaint (ECF No. 10) is **DENIED as moot;**

2. The Motion to Extend the Deadline for Response to the First Amended Complaint is **GRANTED.**

3. Defendant shall respond to the First Amended Complaint by June 22, 2022.

**SO ORDERED** on this ____ day of _____, 2022.

_____
**MARK PITTMAN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**