IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas,** **DAVID SCHNITZ,** **TRACY MARTIN, and** **FLOICE ALLEN,** *Plaintiffs,* vs. **MARVIN RICHARDSON, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,** *Defendant.* | Civil Action No. 4:22-cv-00143-P |

## [PROPOSED] ORDER

Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint is hereby **GRANTED** and Plaintiffs' Complaint is therefore **DISMISSED with prejudice**. The Court's final judgment shall issue separately.

**SO ORDERED** on this _____ day of _____, 2022.

_____
**MARK PITTMAN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**