UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,<br>  *Plaintiffs*,<br><br>vs.<br><br>GARY M. RESTAINO, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,<br>  *Defendant.* | § § § § § § § § § § § § § | Civil Action No. 4:22-cv-00143-P |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT WITH THE OPPOSING PARTY'S WRITTEN CONSENT UNDER RULE 15(a)(2), TO DENY DEFENDANTS' MOTION TO DISMISS AS MOOT, AND TO VACATE THE SCHEDULING ORDER**

Plaintiffs Ken Paxton, in his official capacity as Attorney General of Texas, David Schnitz, Tracy Martin, and Floice Allen file this Unopposed Motion to Amend Complaint with the Opposing Party's Written Consent Under Rule 15(a)(2), to Deny Defendant's Motion to Dismiss as Moot, and to Vacate the Scheduling Order.

Plaintiffs filed their First Amended Complaint on May 17. ECF No. 11. The Court ordered Defendant to answer or otherwise respond to Plaintiffs' Amended Complaint no later than June 15, for Plaintiffs to file a response to Defendants' motion to dismiss by July 6, and Defendants to file a reply by July 20. ECF No.17. Defendant filed a timely motion to dismiss on June 15. ECF No. 18.

On June 23, the Supreme Court of the United States issued its opinion in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, No. 20-843, 2022 WL 2251305 (U.S. June 23, 2022). Plaintiffs believe that the opinion has changed several Second-Amendment legal doctrines, and that it would be helpful to the Court to amend their complaint because the currently filed Amended Complaint is now out of date. Defendant does not oppose and provided written consent for Plaintiffs to amend their Complaint.

Consequently, Plaintiffs request that they be allowed to file a Second Amended Complaint by July 20. Defendant is not opposed to that deadline.

Because the currently filed Amended Complaint will be withdrawn, Plaintiffs request that the Court deny Defendants' Motion to Dismiss as moot and to vacate the scheduling order, ECF No. 17.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | */s/ Tony K. McDonald*<br>TONY K. MCDONALD<br>State Bar No. 24083477 |
| BRENT WEBSTER<br>First Assistant Attorney General | GARRETT MCMILLAN<br>State Bar No. 24116747 |
| RALPH MOLINA<br>Special Counsel to the First Assistant<br>Texas Bar No. 24116780 | THE LAW OFFICES OF TONY MCDONALD<br>1501 Leander Dr., Suite B2<br>Leander, Texas 78641 |
| */s/ Charles K. Eldred*<br>CHARLES K. ELDRED<br>Special Litigation Counsel<br>Texas Bar No. 00793681 | (512) 200-3608 • fax (815) 550-1292<br>tony@tonymcdonald.com |
| | WARREN V. NORRED<br>State Bar No. 24045094 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Administrative Law Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1706 • fax (512) 320-0167<br>charles.eldred@oag.texas.gov | NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010<br>(817) 704-3984 • fax (817) 524-6686<br>warren@norredlaw.com |
| ***Attorneys for Ken Paxton,***<br>***Attorney General of Texas*** | ***Attorneys for David Schnitz,***<br>***Tracy Martin, and Floice Allen*** |

3

## CERTIFICATE OF CONFERENCE

We certify that we conferred with Emily Nestler, counsel for Defendant by email and that she is unopposed to this motion.

*/s/ Charles K. Eldred*   */s/ Tony K. McDonald*
Charles K. Eldred       Tony K. McDonald

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 1, 2022.

Emily B. Nestler
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
emily.b.nestler@usdoj.gov

Attorney for Defendants

*/s/ Charles K. Eldred*   */s/ Tony K. McDonald*
Charles K. Eldred       Tony K. McDonald
