UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN, <br>     *Plaintiffs*, <br><br> vs. <br><br> GARY M. RESTAINO, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, <br>     *Defendant.* | § § § § § § § § § § § § | Civil Action No. 4:22-cv-00143-P |

## PROPOSED ORDER

The Court grants Plaintiffs' Unopposed Motion to Amend Complaint with the Opposing Party's Written Consent Under Rule 15(a)(2), to Deny Defendant's Motion to Dismiss as Moot, and to Vacate the Scheduling Order.

Plaintiffs shall file an amended complaint by July 20, 2022.

Defendant's motion to dismiss is denied as moot.

The deadlines for Plaintiffs to file a response to Defendant's motion to dismiss and for Defendant to file a reply to Plaintiffs' response are vacated.

So ordered on this _____ day of _____, 2022.

_____
MARK PITTMAN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS