UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, ET AL.,**

 Plaintiffs,

v.           No. 4:22-cv-0143-P

**MARVIN RICHARDSON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,**

 Defendant.

## ORDER

 Before the Court is Plaintiffs' unopposed Motion for Leave to File a Second Amended Complaint. ECF No. 19. After consideration and given the intervening change in law in the Supreme Court of the United States's recent opinion in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, No. 20-843, 2022 WL 2251305 (U.S. June 23, 2022), the Court concludes that the Motion should be, and is hereby, **GRANTED**.

 Accordingly, Plaintiffs shall file a second Amended Complaint **by July 15, 2022**. Defendants' pending Motion to Dismiss, ECF No. 17, is hereby **DISMISSED as moot** and all deadlines related to the Defendants' Motion are **VACATED**. Defendants shall answer or otherwise respond to Plaintiffs' Amended Complaint **by July 29, 2022.**

 **SO ORDERED** on this **5th day** of **July, 2022.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE