**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as** | ) | |
| **Attorney General of Texas,** *et al.* | ) | |
| | ) | |
|     ***Plaintiffs,*** | ) | Civil Action No. 4:22-cv-00143-P |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **GAY M. RESTAINO, in his official** | ) | |
| **Capacity as Acting Director, Bureau of** | ) | |
| **Alcohol, Tobacco, Firearms and** | ) | |
| **Explosives,** *et al.* | ) | |
|     ***Defendants.*** | ) | |

**[PROPOSED] ORDER**

Defendants' Motion to Extend Deadline for Response to Second Amended Complaint is

**GRANTED**. Defendants shall respond to the Second Amended Complaint by August 2, 2022.

**SO ORDERED** on this _____ day of _____, 2022.

_____
**MARK PITTMAN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**