UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, ET AL.,**

   Plaintiffs,

v.                               No. 4:22-cv-0143-P

**GARY M. RESTAINO, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.,**

   Defendants.

### ORDER

Before the Court is Defendants' unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint ("Motion"). ECF No. 23. After review of the Motion, the Court concludes that good cause exists to extend this deadline. Therefore, the Motion is hereby **GRANTED**.

Accordingly, Defendants shall file their Answer or otherwise responsive pleading to Plaintiffs' Complaint **no later than August 2, 2022**.

**SO ORDERED** on this **26th day** of **July, 2022.**

*[Signature: Mark T. Pittman]*

Mark Pittman
UNITED STATES DISTRICT JUDGE