UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN, *Plaintiffs*, vs. STEVEN M. DETTELBACH, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States, *Defendants*. | §§§§§§§§§§§§§§§§ | Civil Action No. 4:22-cv-00143-P |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Plaintiffs Ken Paxton, in his official capacity as Attorney General of Texas, David Schnitz, Tracy Martin, and Floice Allen file this Response to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

As set forth more fully in the brief filed in support of this response, Defendant's motion to dismiss Plaintiffs' Second Amended Complaint should be denied because (I) the Court has jurisdiction under the *Enochs* exception to the AIA because the challenged requirements cause irreparable harm and violate the Second Amendment under *Bruen* (responding to Defendants' argument A.2.); (II) Defendants' AIA defense does not apply to Counts I, III, or IV, or to Count

II in the case of a rejected application, because those counts do not challenge the assessment or collection of taxes (responding to Defendants' argument A.1.); and (III) Texas has standing, but the Court need not decide that issue because Defendants do not dispute that the other Plaintiffs have standing.

For the reasons discussed here and in Plaintiffs' brief in support, the Court should deny Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | */s/ Tony K. McDonald*<br>TONY K. MCDONALD<br>State Bar No. 24083477 |
| BRENT WEBSTER<br>First Assistant Attorney General | GARRETT MCMILLAN<br>State Bar No. 24116747 |
| AARON F. REITZ<br>Deputy Attorney General for Legal Strategy<br>State Bar No. 24105704 | THE LAW OFFICES OF TONY MCDONALD<br>1501 Leander Dr., Suite B2<br>Leander, Texas 78641<br>(512) 200-3608 • fax (815) 550-1292<br>tony@tonymcdonald.com |
| */s/ Charles K. Eldred*<br>CHARLES K. ELDRED<br>Special Counsel for Legal Strategy<br>State Bar No. 00793681 | |
| | WARREN V. NORRED<br>State Bar No. 24045094 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1706 • fax (512) 320-0167<br>charles.eldred@oag.texas.gov | NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010<br>(817) 704-3984 • fax (817) 524-6686<br>warren@norredlaw.com |
| ***Attorneys for Ken Paxton,***<br>***Attorney General of Texas*** | ***Attorneys for David Schnitz,***<br>***Tracy Martin, and Floice Allen*** |

## CERTIFICATE OF SERVICE

  We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 16, 2022.

Emily B. Nestler
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
emily.b.nestler@usdoj.gov

Attorney for Defendants

                     */s/ Charles K. Eldred* */s/ Tony K. McDonald*
                      Charles K. Eldred  Tony K. McDonald