**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as** | ) | |
| **Attorney General of Texas,** *et al.* | ) | |
| | ) | |
| *Plaintiffs,* | ) | Civil Action No. 4:22-cv-00143-P |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STEVEN M. DETTELBACH, in his official** | ) | |
| **Capacity as Director, Bureau of** | ) | |
| **Alcohol, Tobacco, Firearms and** | ) | |
| **Explosives,** *et al*. | ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER**

Defendants' Unopposed Motion to Extend Deadline for Reply in Support of Motion to Dismiss is **GRANTED**. Defendants shall file a Reply in support of their Motion to Dismiss by September 6, 2022.

**SO ORDERED** on this _____day of _____, 2022.

_____
**MARK PITTMAN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**