UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KEN PAXTON, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
TEXAS, ET AL.,

    Plaintiffs,

v.                              **No. 4:22-cv-0143-P**

GARY M. RESTAINO, IN HIS OFFICIAL
CAPACITY AS ACTING DIRECTOR, BUREAU
OF ALCOHOL, TOBACCO, FIREARMS, AND
EXPLOSIVES, ET AL.,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline for Reply in Support of Motion to Dismiss ("Motion"). ECF No. 28.

After considering the Motion and the docket, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Defendants' deadline for filing a reply to Plaintiffs' response to the motion to dismiss is **September 6, 2022**. The Court does not anticipate granting any further extensions.

**SO ORDERED** on this **23rd day** of **August 2022**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE