UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, ET AL.,**

   Plaintiff,

v.                         No. 4:22-cv-0143-P

**GARY M. RESTAINO, IN HIS OFFICIAL CAPACITY AS DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.,**

   Defendants.

## SCHEDULING ORDER

   The Court recognizes the importance of this case and desires to resolve the dispute in an expeditious manner. The issues before the Court are seemingly comprised of only questions of law and there does not appear to be any disputed factual matters or a need for factual discovery. Accordingly, the Court issues this Order to set a dispositive briefing schedule regarding Plaintiff's prayer for injunctive relief. ECF No. 21.

   The Court **ORDERS** council for the Parties to confer in person to submit a joint report with a proposed briefing schedule by **Wednesday, October 19, 2022**, for a hearing to be scheduled by the undersigned District Court Judge at a later date.

   **SO ORDERED** on this **5th day** of **October 2022.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE