IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas,** *et al.*<br>*Plaintiffs,*<br><br>vs.<br><br>**STEVEN M. DETTELBACH, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,** *et al.*<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:22-cv-00143-P |

## **JOINT MOTION TO EXTEND DEADLINES FOR ANSWER AND JOINT REPORT**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, the parties file this Joint Motion to Extend the deadlines for Defendants' Answer and the Joint Report with a proposed briefing schedule that was set in the Court's October 5, 2022 Scheduling Order. (ECF 34). Defendants' Answer and the Joint Report are currently due on October 17 and October 19, 2022, respectively. For the foregoing reasons, the parties seek to extend the Answer deadline by one week to October 24, 2022, with the Joint Report to follow one week later, on October 31, 2022. Counsel for both parties conferred regarding this motion and agreed that there is good cause for seeking this extension. This is the first request for an extension of these deadlines.

Plaintiffs filed their Second Amended Complaint on July 15, 2022. (ECF 22), and Defendants moved to dismiss on August 2, 2022. (ECF 26). The Court denied Defendants' Motion to Dismiss the Second Amended Complaint on October 3, 2022. (ECF 34). Pursuant to Federal Rule of Civil Procedure 12, Defendants' Answer to the Complaint is due fourteen days thereafter, on October 17, 2022.

On September 14, 2022, while Defendants' Motion to Dismiss was pending, the Court issued an initial Scheduling Order setting various discovery deadlines. (ECF 32). However, upon resolving the Motion to Dismiss, the Court issued another Scheduling Order, which stated that "[t]he issues before the Court are seemingly comprised of only questions of law and there does not appear to be any disputed factual matters or a need for factual discovery." (ECF 34). The Court further stated that it issued the new Order "to set a dispositive briefing schedule regarding plaintiff's prayer for relief" and ordered the parties to submit a joint report with a proposed briefing schedule by October 19, 2022.

Counsel for all parties conferred on October 12, 2022, during which Plaintiffs' counsel explained that Plaintiffs' positions in the forthcoming joint report will likely be informed by the content of Defendants' Answer. In light of that discussion, the parties believe that a one-week extension of time for Defendants' Answer would benefit the parties and the Court, by giving Defendants an opportunity to adequately consider the issues raised during the parties' conference with respect to their forthcoming Answer. In addition, allotting one week between the deadline for Defendants' Answer and the deadline for the Joint Report would give the parties an opportunity to further confer about a proposed schedule in a manner that is informed by the content of Defendants' Answer, and thus a chance to reach common ground in their proposal.

Accordingly, the parties respectfully request that the Court grant this motion for extension of time and reset the deadline for Defendants' Answer to October 24, 2022, and the deadline for the Joint Report to October 31, 2022.

DATED: October 13, 2022                    Respectfully submitted,

                                                                            BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director

*/s/ Emily B. Nestler*
EMILY B. NESTLER (NY Bar # 4398095)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 616-0167
Email: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

3

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Special Counsel to the First Assistant
Texas Bar No. 24116780

 */s/ Charles K. Eldred*
CHARLES K. ELDRED
Special Litigation Counsel
Texas Bar No. 00793681

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 936-1706 • fax (512) 320-0167
charles.eldred@oag.texas.gov


***Attorneys for Ken Paxton,***
***Attorney General of Texas***

 */s/ Tony K. McDonald*
TONY K. MCDONALD
State Bar No. 24083477

GARRETT MCMILLAN
State Bar No. 24116747

THE LAW OFFICES OF TONY MCDONALD
1501 Leander Dr., Suite B2
Leander, Texas 78641
(512) 200-3608 • fax (815) 550-1292
tony@tonymcdonald.com


WARREN V. NORRED
State Bar No. 24045094

NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
(817) 704-3984 • fax (817) 524-6686
warren@norredlaw.com


***Attorneys for David Schnitz,***
***Tracy Martin, and Floice Allen***

4

**CERTIFICATE OF SERVICE**

On October 13, 2022, I electronically submitted the foregoing with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Emily B. Nestler*
EMILY B. NESTLER