IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,** *Plaintiffs,* vs. **STEVEN M. DETTELBACH, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,** *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:22-cv-00143-P |

## [PROPOSED] ORDER

The parties Joint Motion to Extend Deadlines for Answer and Joint Report is hereby **GRANTED.** Defendants' Answer to the Second Amended Complaint shall by filed by October 24, 2022, and the deadline for the Parties to submit a Joint Report is reset to October 31, 2022.

**SO ORDERED** on this ____ day of _____, 2022.

_____
**MARK PITTMAN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**