UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON ET AL.,**

   Plaintiffs,

v.                                                No. 4:22-CV-00143-P

**GARY M. RESTAINO ET AL,**

   Defendant.

## ORDER

   Before the Court is the Parties' Joint Motion to Extend Deadlines for Answer and Joint Report ("Motion"). ECF No. 35. The Motion (ECF No. 35) is hereby **GRANTED**.

   Defendants are **ORDERED** to file their Answer to the Second Amended Complaint **by October 24, 2022**. Parties are **ORDERED** to submit their Joint Report (ECF No. 34) by **October 31, 2022.**

   **SO ORDERED** on this **13th day of October, 2022.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE