UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,** *Plaintiffs,* vs. **STEVEN M. DETTELBACH, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States,** *Defendants.* | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-00143-P |

**PARTIES' RESPONSE TO THE COURT'S ORDER
FOR A DISPOSITIVE BRIEFING SCHEDULE**

The parties hereby respond to the Court's order that the parties submit a proposed briefing schedule for dispositive motions. (ECF No. 34). The Court's Order states: "The issues before the Court are seemingly comprised of only questions of law and there does not appear to be any disputed factual matters or a need for factual discovery." Defendants agree with the Court's assessment, but Plaintiffs do not, as reflected in Plaintiffs' objection filed contemporaneously herewith. The parties agree that Defendants will file a response to Plaintiffs' objection within seven (7) days thereof, by November 7, 2022.

If the Court proceeds to briefing notwithstanding Plaintiffs' objection, the parties propose the following schedule for dispositive motions:

**December 12, 2022**: Plaintiffs' motion for summary judgment;

**January 20, 2023**: Defendants' combined motion for summary judgment and response to Plaintiffs' motion for summary judgment;

**February 10, 2023**: Plaintiffs' combined response to Defendants' motion for summary judgment and reply to Defendants' response to Plaintiffs' motion for summary judgment;

**March 3, 2023**: Defendants reply to Plaintiffs' response to Defendants' motion for summary judgment.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

AARON F. REITZ
Deputy Attorney General for Legal Strategy
State Bar No. 24105704

*/s/ Charles K. Eldred*
CHARLES K. ELDRED
Special Counsel for Legal Strategy
State Bar No. 00793681

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P. O. Box 12548
Austin, Texas 78711-2548
(512) 936-1706 • fax (512) 320-0167
charles.eldred@oag.texas.gov

***Attorneys for Ken Paxton,***
***Attorney General of Texas***

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director

*/s/ Emily B. Nestler*
EMILY B. NESTLER (NY Bar # 4398095)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 616-0167
Email: emily.b.nestler@usdoj.gov

*Counsel for Defendants*

*/s/ Tony K. McDonald*
TONY K. MCDONALD
State Bar No. 24083477

GARRETT MCMILLAN
State Bar No. 24116747

THE LAW OFFICES OF TONY MCDONALD
1501 Leander Dr., Suite B2
Leander, Texas 78641
(512) 200-3608 • fax (815) 550-1292
tony@tonymcdonald.com

WARREN V. NORRED
State Bar No. 24045094

NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
(817) 704-3984 • fax (817) 524-6686
warren@norredlaw.com

***Attorneys for David Schnitz,***
***Tracy Martin, and Floice Allen***

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 31, 2022.

Emily B. Nestler
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
emily.b.nestler@usdoj.gov

Attorney for Defendants

                                                          */s/ Charles K. Eldred*   */s/ Tony K. McDonald*
                                                          Charles K. Eldred     Tony K. McDonald