UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON ET AL.,**

   Plaintiffs,

v.                                  No. 4:22-CV-0143-P

**STEVEN M. DETTELBACH ET AL.,**

   Defendant.

## ORDER

Before the court is Parties' Response to the Court's Order for a Dispositive briefing Schedule ("Response"). ECF No. 39. In light of Plaintiffs' Objection (ECF No. 40), the Court sets a **joint status conference on Wednesday, November 9, 2022, at 1:00 p.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

Counsel are **ORDERED** to attend and should arrive prepared to discuss all relevant matters in the case.

**SO ORDERED** on this **2nd day of November 2022.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE