UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KEN PAXTON ET AL.,

    Plaintiffs,

v.                                                       No. 4:22-CV-0143-P

STEPHEN M. DETTELBACH ET AL,

    Defendants.

## ORDER

Pursuant to the issues discussed at the joint status conference (ECF No. 44), the Court **ORDERS** that the parties comply with the following briefing schedule:

- **February 6, 2023**: Plaintiffs' motion for summary judgment
- **March 13, 2023**: Defendants' combined motion for summary judgment and response to Plaintiffs' motion for summary judgment
- **April 17, 2023**: Plaintiffs' combined response to Defendants' motion for summary judgment and reply to Defendants' response to Plaintiffs' motion for summary judgment
- **May 2, 2023**: Defendants' reply to Plaintiffs' response to Defendants' motion for summary judgment

**SO ORDERED** on this **5th day of January 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE