UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,** § § § § § § § | | |
| *Plaintiffs,* § | | |
| § | | |
| vs. § | Civil Action No. 4:22-cv-00143-P | |
| § | | |
| **STEVEN M. DETTELBACH,** in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and **MERRICK B. GARLAND,** in his Official Capacity as Attorney General of the United States, § § § § § § § | | |
| *Defendants.* § | | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Ken Paxton, in his official capacity as Attorney General of Texas, David Schnitz, Tracy Martin, and Floice Allen file this motion for summary judgment.

As set forth more fully in the brief filed in support of this motion, Plaintiffs' motion for summary judgment should be granted because (1) Plaintiffs have standing, (2) the Anti-Injunction Act does not apply to Counts I, III, and IV, does not apply to Count II in the case of a denied or unapproved application, and does not apply to any of the county under the *Enochs* exception, and (3) the regulatory scheme governing the making of firearm suppressors in Texas for non-commercial, personal use in Texas violates the Second Amendment.

For the reasons discussed here and in Plaintiffs' brief in support, the Court should deny Defendant's Motion to Dismiss.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | */s/ Tony K. McDonald*<br>TONY K. MCDONALD<br>State Bar No. 24083477 |
| BRENT WEBSTER<br>First Assistant Attorney General | GARRETT MCMILLAN<br>State Bar No. 24116747 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | THE LAW OFFICES OF TONY MCDONALD<br>1501 Leander Dr., Suite B2 |
| AARON F. REITZ<br>Deputy Attorney General for Legal Strategy<br>State Bar No. 24105704 | Leander, Texas 78641<br>(512) 200-3608 • fax (815) 550-1292<br>tony@tonymcdonald.com |
| */s/ Charles K. Eldred*<br>CHARLES K. ELDRED<br>Special Counsel for Legal Strategy<br>State Bar No. 00793681 | WARREN V. NORRED<br>State Bar No. 24045094 |
| JOHNATHAN STONE<br>Assistant Attorney General<br>General Litigation Division<br>State Bar No. 24071779 | NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010<br>(817) 704-3984 • fax (817) 524-6686<br>warren@norredlaw.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1706 • fax (512) 320-0167<br>charles.eldred@oag.texas.gov | |
| ***Attorneys for Ken Paxton,***<br>***Attorney General of Texas*** | ***Attorneys for David Schnitz,***<br>***Tracy Martin, and Floice Allen*** |

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 6, 2023.

Emily B. Nestler
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
emily.b.nestler@usdoj.gov

Attorney for Defendants

                                              */s/ Charles K. Eldred*   */s/ Tony K. McDonald*
                                              Charles K. Eldred     Tony K. McDonald