Declaration of Tracy Martin
in Support of Motion for Summary Judgment

I, Tracy Martin, declare as follows:

1. My name is Tracy Martin. My date of birth is March 11, 1967 My address is 609 Liechty Ct, Heath, TX 75032. I am over the age of eighteen years, capable of making this declaration, and fully competent to testify to the matters stated herein. I have personal knowledge of the facts stated in this declaration and they are true and correct.

2. I intend to manufacture a firearm suppressor to which Tex. Gov't Code § 2.052 applies, and I have notified the attorney general of that fact in writing. I intend to personally manufacture a firearm suppressor for my own non-commercial, personal use. The firearm suppressor will be manufactured in my home from basic materials without the inclusion of any part imported from another state other than a generic and insignificant part, such as a spring, screw, nut, or pin.

3. I intend to own the firearm suppressor in perpetuity, to never transport it outside the boundaries of the State of Texas, and to never transfer it to another person. I intend to use the firearm suppressor with a personal firearm, exclusively for the purpose of home defense.

4. Use of a firearm suppressor with a personal firearm for home defense will empower me to better defend my home in the event of a home invasion. Use of a firearm suppressor will allow me to diminish the need to obtain and use hearing protection during a home invasion. Use of a firearm suppressor in lieu of hearing protection will allow me the ability to react more quickly, to fully use my sense of hearing to evaluate the danger, and to make proper decisions about my actions, including when to initiate and cease the use of lethal force.

1

**EXHIBIT 4**

5. I verify under penalty of perjury under the laws of the United States of America that the factual statements in the Complaint concerning the above-mentioned topics are true and correct. 28 U.S.C. § 1746.

Executed on the 23rd day of January, 2023.

                                                                           Tracy Martin