UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,<br>    *Plaintiffs*,<br><br>vs.<br><br>GARY M. RESTAINO, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives,<br>    *Defendant*. | Civil Action No. 4:22-cv-00143-P |

## PROPOSED ORDER

The Court grants Plaintiffs' Motion for Summary Judgment.

The Court issues permanent injunctive relief enjoining Defendants from requiring Texans to apply for and receive permission to make firearm suppressors in Texas for non-commercial, personal use in Texas.

The Court issues permanent injunctive relief enjoining Defendants from requiring Texans to pay a $200 tax on the making of firearm suppressors in Texas for non-commercial, personal use in Texas.

The Court issues permanent injunctive relief enjoining Defendants from requiring Texans to register firearms suppressors made in Texas for non-commercial, personal use in Texas.

The Court issues permanent injunctive relief enjoining Defendants from requiring Texans to place a serial number on firearms suppressors made in Texas for non-commercial, personal use in Texas.

The Court issues permanent injunctive relief enjoining Defendant Garland from initiating criminal prosecution of Plaintiffs Schnitz, Martin and Allen for making a firearm suppressor in Texas for non-commercial, personal use in Texas without complying with the application, taxation, registration, or serial number requirements.

The Court declares the following statutes unconstitutional as applied to the making of firearms by Texans for non-commercial, personal use in Texas:

26 U.S.C. §§ 5821, 5822, 5841, 5842, and 5861.

The Court declares the following regulations unconstitutional as applied to the making of firearms by Texans for non-commercial, personal use in Texas:

27 C.F.R. §§ 479.61, 479.62, 479.63, 479.64, 479.71, and 479.102.

So ordered on this _____ day of _____, 2022.

_____
MARK PITTMAN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS