IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN and FLOICE ALLEN,** *Plaintiffs*, <br><br> v. <br><br> **STEVEN M. DETTELBACH, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, And MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States,** *Defendants*. | Civil Action No. 4:22-cv-00143-P |

## PLAINTIFF KEN PAXTON'S NOTICE OF APPEARANCE

TO THE HONORABLE MARK PITTMAN:

Plaintiff, Ken Paxton, in his official capacity as Attorney General of Texas, hereby gives notice to the Court of the appearance of Johnathan Stone as co-counsel in this matter. Charles Eldred will remain attorney-in-charge for Defendant. Mr. Stone is a member in good standing of the State Bar of Texas. Defendant respectfully requests that Mr. Stone be served with all future correspondence and pleadings in this matter.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        AARON F. REITZ
        Deputy Attorney General for Legal Strategy
        State Bar No. 24105704

        */s/ Johnathan Stone*
        CHARLES K. ELDRED
        Special Counsel for Legal Strategy
        State Bar No. 00793681

        JOHNATHAN STONE
        Assistant Attorney General
        General Litigation Division
        State Bar No. 24071779

        Office of the Attorney General of Texas
        P. O. Box 12548
        Austin, Texas 78711-2548
        (512) 936-1706 • fax (512) 320-0167
        charles.eldred@oag.texas.gov
        Johnathan.stone@oag.texas.gov

        ***Attorneys for Ken Paxton,***
        ***Attorney General of Texas***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on this February 7, 2023 to all counsel of record.

        */s/ Johnathan Stone*
        JOHNATHAN STONE
        Assistant Attorney General