IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN and FLOICE ALLEN,<br>    *Plaintiffs*,<br><br>v.<br><br>STEVEN M. DETTELBACH, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States,<br>    *Defendants*. | §§§§§§§§§§§§§§§§     Civil Action No. 4:22-cv-00143-P |

**ORDER**

On this day the Court considered Plaintiffs' Unopposed Motion to Replace their Brief in Support of their Motion for Summary Judgment. The Court GRANTS Defendants′ Motion. The Brief in Support attached to Plaintiffs' Unopposed Motion to Replace their Brief in Support of their Motion for Summary Judgment shall be filed as Dkt. # 46-1.

SIGNED this _____ day of _____, 2023.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE