UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON ET AL.,**

   Plaintiffs,

v.                                                     No. 4:22-CV-00143-P

**STEVEN M. DETTELBACH ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File/Replace their Brief in Support of their Motion for Summary Judgment ("Motion"). ECF No. 49. The Motion is hereby **GRANTED**. The Clerk of Court is thus **DIRECTED** to docket the Brief in Support attached to Plaintiffs' Motion. *See* ECF No. 49.

**SO ORDERED** on this **10th day of February 2023.**

*[Signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE