IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,**<br>　　*Plaintiffs,*<br><br>vs.<br><br>**MARVIN M. DETTELBACH, in his official Capacity as Acting Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his official Capacity as Attorney General of the United States,**<br>　　*Defendants.* | Civil Action No. 4:22-cv-00143-P |

## [PROPOSED] ORDER

Defendants' Motion for summary judgment is hereby **GRANTED** and Plaintiffs' motion for summary judgment is hereby **DENIED**. The Court's final judgment shall issue separately.

**SO ORDERED** on this ____ day of _____, 2023.

_____
**MARK PITTMAN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**