**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KEN PAXTON, in his official capacity as Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,** | ) ) ) ) ) | |
| *Plaintiffs,* | ) | Civil Action No. 4:22-cv-00143-P |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STEVEN M. DETTELBACH, in his official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his official Capacity as Attorney General of the United States,** | ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendants, Steven M. Dettelbach, in his official capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and Merrick Garland, in his official capacity as Attorney General of the United States (collectively, "Defendants") move for summary judgment in their favor on all claims and causes of action asserted against them by Plaintiffs in this action, and oppose Plaintiffs' Motion for Summary Judgment (ECF 46). Pursuant to Local Rule 56.3(b), each of the matters required by Local Civil 56.3(a) is set forth in the accompanying brief, and an appendix of the materials relied upon by Defendants is also being submitted.

For the reasons given in the accompanying brief, it is requested that summary judgment be granted in favor of Defendants, that Plaintiffs' motion for summary judgment be denied, and that this action be dismissed in its entirety.

DATED: March 13, 2023                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General
                                         Civil Division

                                         LESLEY FARBY
                                         Assistant Branch Director

                                         */s/ Emily B. Nestler*
                                         EMILY B. NESTLER (D.C. Bar # 973886)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, D.C. 20005
                                         Tel: (202) 305-0167
                                         Email: emily.b.nestler@usdoj.gov

                                         *Counsel for Defendants*

## CERTIFICATE OF SERVICE

On March 13, 2023, I electronically submitted the foregoing with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Emily B. Nestler*

EMILY B. NESTLER