UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEN PAXTON, ET AL.,**

   Plaintiffs,

v.   No. 4:22-cv-0143-P

**STEVEN M. DETTELBACH, ET AL.,**

   Defendants.

### ORDER

Before the Court are the Parties' Cross-Motions for Summary Judgment (ECF Nos. 49, 53). The Court hereby **SETS** the Parties' Motions for a hearing at **2:00 p.m. on June 15, 2023**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Court, 501 W. 10th Street, Fort Worth, Texas, 76102. Counsel for all parties are **ORDERED** to attend. Counsel should be prepared to discuss all issues raised in the Parties' Motions for Summary Judgment and all matters pending before the Court.

**SO ORDERED** on this **6th day of June 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE