IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANGELA COLMENERO, in her official capacity as Provisional Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN,<br>　　*Plaintiffs*,<br><br>v.<br><br>STEVEN M. DETTELBACH, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States,<br>　　*Defendants*. | §§§§§§§§§§§§§§§§§　Civil Action No.  4:22-CV-00143-P |

## PLAINTIFF ANGELA COLMENERO'S
## NOTICE OF SUBSTITUTION UNDER RULE 25(d)

Effective July 14, 2023, Angela Colmenero is the Provisional Attorney General of Texas. She seeks relief in this suit in her official capacity only, and will continue to seek relief in her official capacity only as Provisional Attorney General of Texas. Substitution is automatic. Fed. R. Civ. P. 25(d).

1

Date: July 14, 2023.                      Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

*/s/ Charles K. Eldred*
CHARLES K. ELDRED
Special Counsel for Legal Strategy
State Bar No. 00793681

JOHNATHAN STONE
Assistant Attorney General
General Litigation Division
State Bar No. 24071779

Office of the Attorney General
P.O. Box 12548
Austin, TX  78711-2548
(512) 936-1706 • fax (512) 320-0167
Charles.Eldred@oag.texas.gov
Johnathan.Stone@oag.texas.gov

***Attorneys for Angela Colmenero,***
***Provisional Attorney General of Texas***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served electronically through the electronic-filing manager to all counsel of record on July 14, 2023.

*/s/ Charles K. Eldred*
CHARLES K. ELDRED
Assistant Attorney General