UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANGELA COLMENERO, in her official capacity as Provisional Attorney General of Texas, DAVID SCHNITZ, TRACY MARTIN, and FLOICE ALLEN<br>　　*Plaintiffs*,<br><br>v.<br><br>STEVEN M. DETTELBACH, in his Official Capacity as Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and MERRICK B. GARLAND, in his Official Capacity as Attorney General of the United States,<br>　　*Defendants*. | Civil Action No. 4:22-cv-0143-P |

## PLAINTIFFS' NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that the Plaintiffs, Angela Colmenero, Provisional Attorney General of Texas, David Schnitz, Tracy Martin, and Floice Allen, appeal to the United States Court of Appeals for the Fifth Circuit from the Opinion and Order granting Defendant's Motion for Summary Judgment and denying Plaintiff's Cross-Motion for Summary Judgment, entered on the docket of this case on July 18, 2023 (Dkt. 64).

Respectfully submitted,

| | |
|---|---|
| ANGELA COLMENERO<br>Provisional Attorney General of Texas | */s/ Tony K. McDonald*<br>TONY K. MCDONALD<br>State Bar No. 24083477 |
| BRENT WEBSTER<br>First Assistant Attorney General | THE LAW OFFICES OF TONY MCDONALD<br>1501 Leander Dr., Suite B2 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | Leander, Texas 78641<br>(512) 200-3608 • fax (815) 550-1292<br>tony@tonymcdonald.com |
| RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | WARREN V. NORRED<br>State Bar No. 24045094 |
| */s/ Charles K. Eldred*<br>CHARLES K. ELDRED<br>Special Counsel for Legal Strategy<br>State Bar No. 00793681 | NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010<br>(817) 704-3984 • fax (817) 524-6686<br>warren@norredlaw.com |
| JOHNATHAN STONE<br>Assistant Attorney General<br>General Litigation Division<br>State Bar No. 24071779 | |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1706 • fax (512) 320-0167<br>charles.eldred@oag.texas.gov | |
| ***Attorneys for Angela Colmenero,***<br>***Provisional Attorney General of Texas*** | ***Attorneys for David Schnitz,***<br>***Tracy Martin, and Floice Allen*** |

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 4 2023.

*/s/ Charles K. Eldred*   */s/ Tony K. McDonald*
Charles K. Eldred      Tony K. McDonald